```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 14893
   DAPHNE R SMITH
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3387


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/10/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 09/16/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------

SAXON MORTGAGE SERVICES   CURRENT MORTG        .00            .00          .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE        .00            .00          .00
PIERCE & ASSOC            NOTICE ONLY    NOT FILED            .00          .00
T MOBILE                  UNSECURED      NOT FILED            .00          .00
BMW                       UNSECURED      NOT FILED            .00          .00
AMERICAN EXPRESS          UNSECURED        2972.72            .00          .00
LVNV FUNDING              UNSECURED        3808.83            .00          .00
BANK OF AMERICA NA        UNSECURED      NOT FILED            .00          .00
BMW BNAK OF NORTH AMERIC  UNSECURED        5424.34            .00          .00
BMW FINANCIAL SERVICES N  UNSECURED      NOT FILED            .00          .00
CBUSA SEARS               UNSECURED      NOT FILED            .00          .00
CITIBANK                  UNSECURED      NOT FILED            .00          .00
CREDITORS FINANCIAL GROU  UNSECURED      NOT FILED            .00          .00
DRYER GRACH               UNSECURED      NOT FILED            .00          .00
LVNV FUNDING              UNSECURED      NOT FILED            .00          .00
MIDWEST EMERGENCY ASSOCI  UNSECURED      NOT FILED            .00          .00
BMW                       UNSECURED      NOT FILED            .00          .00
NICOR GAS                 UNSECURED      NOT FILED            .00          .00
PRA RECEIVABLES MGMT      UNSECURED        7743.42            .00          .00
US BANK                   UNSECURED      NOT FILED            .00          .00
SAXON MORTGAGE SERVICES   NOTICE ONLY    NOT FILED            .00          .00
PRAMCO II LLC             UNSECURED       66185.70            .00          .00
PRAMCO II LLC             SECURED NOT I      1.00            .00          .00
DEAN D PAOLUCCI           DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 14893 DAPHNE R SMITH
```

```
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                 ---------------       ---------------
TOTALS                                      .00                       .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE